JAY R. WEILL (State Bar No. 75434)
E-Mail:        *jweill@sideman.com*
ANDREW R.J. MUIR (State Bar. No. 284817)
E-Mail:        *amuir@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for DEFENDANT
PIUS KAMPFEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>PIUS KAMPFEN,<br><br>                Defendant. | Case No. 13 369 JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING RESTITUTION**<br>**HEARING AND BRIEFING SCHEDULE**<br><br>Date:     June 27, 2014<br>Time:     9:30 a.m. |

        The parties hereby stipulate and request that the restitution hearing set for June 27, 2014 at 9:30 a.m. be continued to July 25, 2014 to allow the parties more time to hopefully narrow the tax computation issues.  The parties also request that the Government be allowed until June 27, 2014 to provide the defendant with its final tax loss calculations and that if necessary, simultaneous opening briefs be due July 11, 2014 and responses due July 18, 2014.

DATED: May 27, 2014                SIDEMAN & BANCROFT LLP


                                By:        /s/ Jay R. Weill
                                        Jay R. Weill
                                        Attorneys for DEFENDANT
                                        PIUS KAMPFEN

STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING AND BRIEFING
SCHEDULE

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR

DATED: May 27, 2014

By:     /s/ Katherine L. Wong

               Katherine L. Wong
               United States Attorney
               Trial Attorney
               Tax Division
               Attorneys for the United States

<u>ORDER</u>

Pursuant to stipulation and for good cause showing, it is Ordered that the restitution hearing set for June 27, 2014 be continued to July 25, 2014 with the changes in the submission of the Government's final tax loss calculations and briefing schedule as described in the above Stipulation.

IT IS SO ORDERED

DATED: May 28, 2014

_____
Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING AND BRIEFING SCHEDULE

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR