JAY R. WEILL (State Bar No. 75434)
E-Mail:    jweill@sideman.com
ANDREW R.J. MUIR (State Bar. No. 284817)
E-Mail:    amuir@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for DEFENDANT
PIUS KAMPFEN

**FILED**

JUL 2 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PIUS KAMPFEN,<br><br>　　　　Defendant. | Case No. 13 369 JST<br><br>***AMENDED* STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING AND BRIEFING SCHEDULE**<br><br>Date:　July 25, 2014<br>Time:　9:30 a.m. |

　　　　The defendant completed his sentence of home detention on April 8, 2014. The only remaining issue is the amount of restitution to be ordered paid for the tax year 2007. The hearing on that issue was originally set for June 27, 2014 and then continued to July 25, 2014 at the request of the parties. The parties now request that the hearing be continued to August 29, 2014.

　　　　The parties are attempting, by the exchange of bank records and tax computations, to eliminate all factual issues related to adjustments to income and tax. Whereas the parties previously believed a fact-intensive restitution would likely be necessary, their current intention and goal is to leave a single, discrete legal issue for the Court to decide: whether the complex passive foreign income company (PFIC) provisions of the Internal Revenue Code apply to the computation of Mr. Kampfen's taxes for restitution purposes. The Government claims that the PFIC rules apply. Mr. Kampfen disagrees.

Resolution of the factual issues has required more time than anticipated because some source documents had to be located and turned over. Because these documents concern overseas accounts, many of them are not in English. To determine the proper treatment of stock sales, which comprises a substantial portion of disputed income for 2007, the parties' experts have had to review prior account statements; some of these records are voluminous. The parties are diligently working to resolve all factual issues. The parties, however, need more time to reach those agreements. The parties believes that a continuance will serve the interests of justice because it will reduce the amount of time necessary for a restitution hearing by allowing them to resolve and likely stipulate to the facts relevant to the computation of any restitution owed by Mr. Kampfen. In the absence of these stipulations, the restitution hearing would likely require both parties to present more witness testimony and documentary evidence so that the Court could resolve factual issues that are currently in dispute. Such testimony would likely include the defendant, his CPA, and an IRS Revenue Agent.

Accordingly, the parties hereby stipulate and request that the restitution hearing set for July 25, 2014 at 9:30 a.m. be continued to ~~August 29, 2014~~ September 26, 2014 to allow the parties more time to narrow the tax computation issues and if necessary, file simultaneous opening briefs on any remaining issues on ~~August 15, 2014~~ August 22, 2014 and responses on ~~August 22, 2014~~ August 29, 2014.

DATED: July 15, 2014                    SIDEMAN & BANCROFT LLP

By:     /s/ Jay R. Weill
        Jay R. Weill
        Attorneys for DEFENDANT
        PIUS KAMPFEN

DATED: July 15, 2014

By:     /s/ Katherine L. Wong
        Katherine L. Wong
        United States Attorney
        Trial Attorney
        Tax Division
        Attorneys for the United States

2                                                            Case No. 13 369 JST
*AMENDED* STIPULATION AND [PROPOSED] ORDER CONTINUING RESTITUTION HEARING AND BRIEFING SCHEDULE

## ORDER

Pursuant to stipulation and for good cause showing, it is Ordered that the restitution hearing set for July 25, 2014 be continued to ~~August 29, 2014~~ September 26, 2014 at 9:30 a.m. with the changes in the briefing schedule as described in the above Stipulation.

IT IS SO ORDERED

DATED: 7/21/14

_____
Honorable Jon S. Tigar
United States District Judge

6606-1\2147875v1