MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KATHERINE L. WONG (CABN 264056)

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7149
Facsimile:    (415) 436-7009
Email:          Katherine.L.Wong@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-369-JST |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING THE AMOUNT OF RESTITUTION |
| | ) | |
| PIUS KAMPFEN, | ) | Hearing Date: September 19, 2014 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | |
| | ) | |

The parties, by and through the undersigned counsel, have reached a stipulation regarding the one remaining issue in this case, the amount of restitution to be ordered for the tax year 2007.  The parties hereby stipulate that the amount of tax loss for restitution purposes is $6,420.

In reaching this stipulation, the parties have not waived any arguments, or reached an agreement, regarding the proper application of provisions of the Internal Revenue Code to the computation of Mr.

1   Kampfen's taxes in the event that the IRS does pursue a civil examination, determination, assessment or

2   collection of income taxes for tax years 2006 to the present.

3          The parties respectfully request that the Court find that the amount of restitution owed to the

4   IRS for the 2007 tax year is $6,420, and enter an order of restitution consistent with this finding.

5   Because there are no remaining factual or legal issues to be resolved, the parties further request that the

6   Court vacate the restitution hearing currently set for September 19, 2014.

7

8

9   DATED: September 11, 2014

10

11                                          Respectfully submitted,

12                                          MELINDA HAAG
                                            United States Attorney
13

14                                           /s/ *Katherine Wong*

15                                          KATHERINE WONG
                                            Assistant United States Attorney
16
                                            Attorneys for the United States
17

18
                                            SIDEMAN & BANCROFT LLP
19
                                             /s/ *Jay R. Weill*
20                                          Jay R. Weill

21                                          Attorney for Defendant Pius Kampfen

22

23

24

25

26

27

28

1

<u>ORDER</u>

2

        Pursuant to stipulation and for good cause showing, it is ordered that the restitution amount for

3

the tax year 2007 is $6,420.  The hearing set for September 19, 2014 is vacated.

4

        IT IS SO ORDERED

5

DATED:   September 12, 2014

6

7

_____
Honorable Jon S. Tigar
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28